RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Bethany_WangBalchunas@fd.org

Attorney for Benjamin Stephen Hudson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENJAMIN STEPHEN HUDSON,<br>Defendant. | Case No. 2:25-mj-00449-BNW<br>**Stipulation and Proposed Order** |

Mr. Hudson was charged by Criminal Complaint on June 12, 2025, with three counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Unsafe Operation (a violation of 36 C.F.R. § 4.22(b)(1)); and (3) Speeding (a violation of 36 C.F.R. § 4.21(c)). (ECF No. 1.)

Mr. Hudson entered a plea agreement on December 17, 2025. (ECF No. 8.) At sentencing, Mr. Hudson was sentenced to Count One as follows, with Counts Two and Three dismissed:

One (1) year unsupervised probation with special conditions:

$500.00 Fine and $10.00 Mandatory Penalty Assessment.

Defendant is to attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel.

Defendant shall complete an eight (8) hour online alcohol awareness course.

Defendant is to complete an anger management class.

Defendant is restricted from the Lake Mead National Recreation Area for a period of six (6) months.

Defendant shall not violate any local, state, or federal laws.

(ECF No. 9.)

Mr. Hudson has completed the special conditions of his unsupervised probation in accordance with his sentence. Accordingly, the parties agree that Count One should be amended to Reckless Driving, and the status conference set for July 22, 2026, at 9:30 AM should be vacated.

Dated: July 14, 2026.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General of the United States |
| */s/ Bethany Wang Balchunas*<br>BETHANY WANG BALCHUNAS<br>Assistant Federal Public Defender | */s/ Joseph Sciscento*<br>JOSEPH SCISCENTO<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENJAMIN STEPHEN HUDSON,<br>Defendant. | Case No. 2:25-mj-00449-BNW<br><br><u>PROPOSED ORDER</u> |

The Court finds that Mr. Hudson has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Hudson is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle while Under the Influence of Alcohol.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for July 22, 2026, at 9:30 AM is vacated.

DATED this 16th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE